

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00779-CV

Shannon L. **JOHNSON** and Javier G. Gonzalez,
Appellants

v.

**WATERS AT ELM CREEK LLC**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 354267
Honorable Irene Rios, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Order Granting Defendant's Second Motion for Sanctions Against Plaintiff Shannon L. Johnson, *Pro Se* is REVERSED, and judgment is RENDERED denying the motion. The remainder of the trial court's judgment is AFFIRMED. Costs of the appeal are taxed against the parties who have incurred them.

SIGNED October 16, 2013.

Catherine Stone, Chief Justice